# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| LASHUN DANARIO ROBINSON,<br>　　　　　　　　　Defendant. | Case No: 10-110(2) PJS/JJK |

Pursuant to the Court's order appointing counsel, the undersigned attorney hereby notifies the Court and counsel that Mark Larsen, Attorney ID No. 318498, shall appear as appointed counsel of record for the above named defendant in this case.

Dated:   April 26, 2010　　　　　　　　　　*s/Katherian D. Roe*
　　　　　　　　　　　　　　　　　　　　　KATHERIAN D. ROE
　　　　　　　　　　　　　　　　　　　　　Attorney ID No. 214668
　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　Office of the Federal Defender
　　　　　　　　　　　　　　　　　　　　　107 U.S. Courthouse
　　　　　　　　　　　　　　　　　　　　　300 South Fourth Street
　　　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55415
　　　　　　　　　　　　　　　　　　　　　612-664-5858