# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 10-110 (2) (RHK/JJK) |
| Plaintiff, | **ORDER** |
| v. | |
| Lashun Danario Robinson, | |
| Defendant. | |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated September 15, 2010. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, and on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HERERBY ORDERED** that:

1. The Report and Recommendation (Doc. No. 84) is **ADOPTED**;

2. Defendant's Pretrial Motion to Suppress Statements, Admissions and Answers (Doc. No. 33) is **DENIED**; and

3. Defendant's Pretrial Motion for Disclosure and Suppression of Evidence Derived from Wiretaps (Doc. No. 38) is **DENIED**.

Dated: October 5, 2010

                                                    s/Richard H. Kyle
                                                    RICHARD H. KYLE
                                                    United States District Judge