# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 10cr110 (2) RHK/JJK |
| Plaintiff, | **ORDER** |
| v. | |
| (2) LASHUN DANARIO ROBINSON, | |
| Defendant. | |

Christian S. Wilton, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, 300 South Fourth Street, Suite 600, Minneapolis, Minnesota 55415, for plaintiff.

Mark D. Larsen, LINDQUIST & VENNUM, PLLP, 80 South Eighth Street, Suite 4200, Minneapolis, Minnesota 55402, for defendant.

**IT IS HEREBY ORDERED** that defendant Lashun Danario Robinson's Motion to File Documents under Seal is granted.

June 21, 2011      s/Richard H. Kyle
                   RICHARD H. KYLE
                   United States District Judge